ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| NOAH ROBERT CALDERON (01) | 4-23CR-136-O |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Possession of a Destructive Device
(Violation of 26 U.S.C §§ 5841, 5845, 5861(d) and 5871)

On or about April 17, 2023, in the Fort Worth Division of the Northern District of Texas, the defendant, **Noah Robert Calderon**, knowingly possessed a firearm, to wit, a destructive device, which was not registered to him in the National Firearms Registration and Transfer Record.

Indictment – Page 1

All done in violation of 26 U.S.C §§ 5841, 5845, 5861(d) and 5871.

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

JAY WEIMER
Assistant United States Attorney
Texas State Bar No. 24013727
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: Jay.Weimer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

NOAH ROBERT CALDERON (01)

INDICTMENT

26 U.S.C §§ 5841, 5845, 5861(d) and 5871
Possession of a Destructive Device
Count 1

A true bill rendered

FORT WORTH                    _____  FOREPERSON

Filed in open court this 10th day of May, 2023.

**Warrant to be Issued - In State Custody**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:23-MJ-311-BJ