CT5-0

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-CR-136-O<br>**(Supersedes Indictment returned on May 10, 2023)** |
| NOAH ROBERT CALDERON | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Possession of a Destructive Device
(Violation of 26 U.S.C §§ 5841, 5845, 5861(d) and 5871)

On or about April 17, 2023, in the Northern District of Texas, the defendant, **Noah Robert Calderon**, knowingly possessed a firearm, to wit, a destructive device, which was not registered to him in the National Firearms Registration and Transfer Record.

All done in violation of 26 U.S.C §§ 5841, 5845, 5861(d) and 5871.

<u>Count Two</u>
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1))

Between on or about June 21, 2020, and on or about July 18, 2020, in the Northern District of Texas and elsewhere, defendant **Noah Robert Calderon,** did knowingly receive child pornography using any means and facility of interstate and foreign commerce.

Specifically, **Calderon** used the Internet and a Galaxy S10+ cell phone and a Galaxy S21+ 5G cell phone, to receive the following visual depictions of minors engaging in sexually explicit conduct as defined by 18 U.S.C. § 2256(8)(a):

| **File/Device** | **Creation date** | **Description of Video File** |
| --- | --- | --- |
| mobizen_20200621_214621.mp4<br><br>Galaxy S10+ | June 21, 2020 | Minor female shows breasts and masturbates under panties. Calderon masturbates. |
| mobizen_20200718_234403.mp4<br><br>Galaxy S10+ & Galaxy S21+ 5G | July 18, 2020 | Calderon masturbates. Minor female masturbates, performing digital penetration on nude vagina. |

All done in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Mark Nichols*
for JAY WEIMER
Assistant United States Attorney
State Bar of Texas No. 24013727
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455